**Opinion filed October 27, 2016**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-16-00159-CR & 11-16-00160-CR

_____

## BAILEY PHILLIPS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**
**Ector County, Texas**
**Trial Court Cause Nos. D-45,795 & D-45,845**

## M E M O R A N D U M   O P I N I O N

Appellant, Bailey Phillips,[1] originally pleaded guilty to the offenses of unauthorized use of a motor vehicle and possession of methamphetamine. Pursuant to the terms of the plea agreements, the trial court convicted Appellant of each offense, assessed her punishment, and placed her on community supervision for two years. The State subsequently filed motions to revoke Appellant's community

---

[1]We note that the indictment in Cause No. 11-16-00159-CR reflects Appellant's name to be Phillips Bailey.

supervision. At the revocation hearing, the State abandoned all but one of the allegations in its motion to revoke in each case, and Appellant pleaded true to the remaining allegation. The trial court found that allegation to be true, revoked Appellant's community supervision in both causes, and sentenced her to confinement for two years in a state jail facility for the unauthorized use of a motor vehicle and two years in the Institutional Division of the Texas Department of Criminal Justice for the possession of methamphetamine—with the sentences to run concurrently. We dismiss the appeals.

Appellant's court-appointed counsel has filed a motion to withdraw in both appeals. Each motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that no reversible error exists and that the appeals are frivolous and without merit. In each cause, counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, the reporter's record, and the clerk's record. Counsel also advised Appellant of her right to review the records and file a response to counsel's briefs. Appellant has not filed a pro se response.[2]

Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); and *Eaden v. State*, 161 S.W.3d 173 (Tex. App.—Eastland 2005, no pet.).

---

[2]This court granted Appellant more than thirty days in which to exercise her right to file a response to counsel's briefs.

Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the records, and we agree that the appeals are without merit and should be dismissed. *Schulman*, 252 S.W.3d at 409. In this regard, a plea of true standing alone is sufficient to support a trial court's decision to revoke community supervision. *Moses v. State*, 590 S.W.2d 469, 470 (Tex. Crim. App. [Panel Op.] 1979). Furthermore, absent a void judgment, issues relating to an original plea proceeding may not be raised in a subsequent appeal from the revocation of community supervision. *Jordan v. State*, 54 S.W.3d 783, 785–86 (Tex. Crim. App. 2001); *Traylor v. State*, 561 S.W.2d 492, 494 (Tex. Crim. App. [Panel Op.] 1978).

We note that counsel has the responsibility to advise Appellant that she may file a petition for discretionary review with the clerk of the Texas Court of Criminal Appeals seeking review by that court. TEX. R. APP. P. 48.4 ("In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68."). Likewise, this court advises Appellant that she may file a petition for discretionary review pursuant to TEX. R. APP. P. 68.

The motions to withdraw are granted, and the appeals are dismissed.

PER CURIAM

October 27, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.